UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

EPIFANIO TAPIAS,

Plaintiff,

v.

JOE & THE JUICE NEW YORK LLC et al.,

Defendants.

Case No. 2:26-cv-10134-SB-MBK

ORDER TO SHOW CAUSE

Plaintiff filed his complaint on September 9, 2026. On September 15, Plaintiff served Defendant Joe & The Juice New York LLC. *See* Dkt. No. 15. Defendant failed to timely respond, and Plaintiff has not sought entry of default against Defendant. Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than October 19, 2026, why his claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before October 19, 2026, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: October 9, 2026

Stanley Blumenfeld, Jr.
United States District Judge